IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTT WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART, INC. and WAL-MART ASSOCIATES INC.,<br><br>  Defendants. | CV 22-73-BLG-SPW<br><br>ORDER |

Upon the Stipulation of Dismissal with Prejudice (Doc. 33) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 13th day of November, 2023.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1